# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN KERRY O'KEEFE,
                Appellant,
    vs.
THE STATE OF NEVADA,
                Respondent.

No. 79598

FILED

OCT 1 5 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

In his notice of appeal, appellant states that he is challenging the "oral decision that denied [his] 'independent action' on the 27th day of August, 2019." Review of the district court docket entries does not indicate that the district court entered an order on August 27, 2019. Accordingly, this court

ORDERS this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

19-42601

cc: Hon. Jerry A. Wiese, District Judge
Brian Kerry O'Keefe
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A